UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ARON LEBOVITS, individually and on behalf of all others similarly situated consumers,<br><br><br>Plaintiff,<br><br>- vs-<br><br>MRS BPO, LLC<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:16-cv-05344-CBA-VMS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Aron Lebovits, and Defendant, MRS BPO, LLC, hereby stipulate and agree that Plaintiff's individual claims be dismissed, with prejudice, and the putative class's claims be dismissed, without prejudice, with each party bearing its own attorney's fees and costs.

Respectfully Submitted,

/s/David Palace
David Palace, Esq.
Law Offices of David Palace
383 Kingston Ave #113
Brooklyn, NY 11213
Telephone: (347) 651-1077
Facsimile: (347) 464-0012
Email: davidpalaceesq@gmail.com
Attorney for Plaintiff,
Aron Lebovits

/s/Michael Alltmont
Michael D. Alltmont, Esq. (Pro Hac Vice)
Sessions Fishman Nathan & Israel
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
Email: malltmont@sessions.legal

and

1

Aaron R. Easley, Esq.
Sessions Fishman Nathan & Israel
3 Cross Creek Drive
Flemington, NJ 08822
Telephone: (908) 237-1660
Facsimile:  (908) 237-1663
Attorneys for Defendant,
MRS BPO, LLC

## CERTIFICATE OF SERVICE

I certify that on June 20, 2017, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

_/s/David Palace_____
Attorney

s/ Carol Bagley Amon

6/26/17                              2